## Commonwealth *v.* Kimmel, Appellant.

Submitted November 17, 1975. *Simon B. John*, Assistant Public Defender, for appellant; *William A. Tantlinger*, Assistant District Attorney, and *Conrad B. Capuzzi*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* King, Appellant.

Submitted December 16, 1975. *David E. Auerbach*, Assistant Public Defender, and *Kenneth P. Barrow*, Public Defender, for appellant; *Ralph B. D'Iorio*, Assistant District Attorney, and *Stephen J. McEwen, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.